| PROB 22 (Rev. 2/88) | | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:00CR45-006/RV |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* CR-S-05-0213-RCJ(RJJ) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| James H. Furgeson<br>4460 West Grubstake Lane<br>Pahrump, NV 89060 | Florida Northern | Pensacola |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Roger Vinson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/01/04 — TO 08/01/06 |

**OFFENSE**

Count 1: Conspiracy to Commit Interstate Transfer of Fraudulently Obtained Funds, Count 2: Interstate Transfer of Fraudulently Obtained Funds - Over $5,000.00

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF NEVADA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_7/6/05_
Date

_[signature]_
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6-28-05_
Effective Date

_[signature]_
United States District Judge

05 JUL -5 PM 1:58

FILED